UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Laurie W. Carpenter | : | Case No.:  16-19588 |
| Gerard W. Carpenter | : | Chapter 13 |
| | : | Judge Pamela S. Hollis |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY LOCATED AT
### 207 N REED ST, JOLIET, IL 60435-6827

This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #39) which was filed in this court by Ditech Financial LLC ("Movant"), Movant and Laurie W. Carpenter and Gerard W. Carpenter (collectively, "Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant at the time of the filing of the Motion. Currently there are attorney fees and costs owing of $1,031.00.

**IT IS HEREBY ORDERED:**

1. In order to eliminate said post-petition delinquency, Movant must receive the following payments by the corresponding dates:

   a. $171.83 on or before December 20, 2018;

   b. $171.83 on or before January 20, 2019;

   c. $171.83 on or before February 20, 2019;

   d. $171.83 on or before March 20, 2019;

   e. $171.84 on or before April 20, 2019;

   f. $171.84 on or before May 20, 2019.

2. That Movant must receive the payments listed on Paragraph #1 on or before the corresponding date. If Movant fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney, the stay

1

shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of same with the clerk of the court.

3. Upon completion of the repayment schedule listed in Paragraph #1 or tender of sufficient funds to bring the loan post-petition current, the Debtor must continue to make timely post-petition mortgage payments directly to Movant.

4. If Movant fails to receive two (2) post-petition monthly mortgage payments and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of the same with the clerk of the court.

5. If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

6. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

ENTER:

DATED:_____    _____
UNITED STATES BANKRUPTCY JUDGE

*Submitted by:*

   /s/ Michael R. Colter, II

  /s/ Sarah E. Barngrover
_____    _____
Umair M. Malik (6304888)           Michael R. Colter, II
Sarah E. Barngrover (28840-64)     David M. Siegel & Associates
Manley Deas Kochalski LLC          790 Chaddick Drive
P.O. Box 165028                    Wheeling, IL  60090
Columbus OH  43216-5028            Telephone:  847-520-8100
614-220-5611; Fax: 614-627-8181    Email:  mcolter@davidmsiegel.com
Attorney for Movant                Attorney for Debtor

2